## Henry & McGurk *vs* Commonwealth.

### APPEAL FROM THE FAYETTE. CIRCUIT.

*Indictments. Disorderly houses. Nuisances.*

INDICTMENT.

*Case* 76.

JUDGE SIMPSON delivered the opinion of the Court.

THIS is an indictment against the plaintiffs in error, for keeping a disorderly house, which is alleged to have been a common nuisance to the neighborhood where it was located.

They were found guilty, and a fine of one hundred dollars assessed against them by the jury.

*June* 5.

Case stated.

The proof was, that a number of slaves had on various occasions, assembled in and around the house of the plaintiffs in error, within the time alleged in the indictment, and had been furnished by them with spiritous liquor, and were seen on several occasions upon the Sabbath day, in considerable numbers, playing cards in an adjoining lot in their possession. That the crowd was frequently so great on the public highway near the door of the house, that it was difficult to pass along it.

This evidence, we think, fully sustained the indictment. The fact that the defendants in the indictment might have been proceeded against and punished for selling liquor to slaves, if it was done without the permission of their owners, or for permitting unlawful assemblies of slaves on their premises, under the statute, does not change the nature of the offence committed, or prevent a prosecution against them for keeping a disorderly house, when the acts alleged and proved constituted them guilty of this offence.

The fact that a defendant might have been indicted or presented for a different offence, does not show thathemaynotbe indicted for an offence which consists in so frequent a repetition thereof as to amount to another offence more highly penal.

And if by selling spiritous liquors to slaves, they induced them to congregate in and around their house, and to behave disorderly on the road or lots adjoining, the public mischief was the same, as if the disorder had actually occurred in the house, and such disorder being the result of the liquor furnished in the house, must be regarded as amounting in effect, and substan-

Selling spiritous liquor to slaves, andtheirremaining *about the house* of the seller and behaving disorderly, is keeping a disorderly house.

Frost & Hays
*vs*
Commonwealth
tially to the offence charged against them in the in-
dictment.

Wherefore, the judgment is affirmed.

*E. W. Hunt* for appellants ; *Johnson, Attorney Gen-
eral,* for Commonwealth.

---

Present-
ment.

*Case* 77.

June 5.

'Case stated.

A defendant has
no right to de-
mand a trial by
jury in a penal
case unless the
fine upon con-
viction exceeds
£5, or is uncer-
tain.

Upon a joint pre-
sentment for a-
dultery, the ad-